**George MUDD, Plaintiff–Appellant,**

v.

**Irwin W. FISH, Defendant–Appellee.**

No. 10–6028.

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2010.

Decided: July 15, 2010.

George Mudd, Appellant Pro Se. Sara Bugbee Winn, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

**258**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Mudd appeals the district court's order granting Defendant summary judgment on what it construed as an action brought pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Mudd v. Fish,* No. 7:08–cv–00641–jlk–mfu, 2009 WL 4110754 (W.D.Va. Nov. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*